IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAMES BREWER | ) | |
| c/o Bond & Norman Law, PC | ) | |
| 777 6th Street N.W., #410 | ) | |
| Washington, D.C. 20001 | ) | |
| | ) | |
| MARQUETTE FRAZIER | ) | Civil Action No. 1:15-cv-565 |
| c/o Bond & Norman Law, PC | ) | |
| 777 6th Street N.W., #410 | ) | |
| Washington, D.C. 20001 | ) | |
| | ) | |
| ARIK SIMS | ) | |
| c/o Bond & Norman Law, PC | ) | |
| 1901 D Street S.E., #410 | ) | |
| Washington, D.C. 20001 | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE DISTRICT OF COLUMBIA | ) | |
| A Municipal Corporation | ) | |
| | ) | |
| Serve: Muriel Bowser | ) | |
| John A. Wilson Building | ) | |
| 1350 Pennsylvania Ave. N.W., #316 | ) | |
| Washington, D.C. 20004 | ) | |
| | ) | |
| Office of the Attorney General | ) | |
| | ) | |
| Serve: Attorney General Karl A. Racine | ) | |
| 441 4th Street, N.W. | ) | |
| 6th Floor | ) | |
| Washington, D.C. 20001 | ) | |
| | ) | |
| And | ) | |
| | ) | |
| WARDEN WILLIAM SMITH | ) | |
| District of Columbia Jail | ) | |
| Individually and in His Official Capacity | ) | |
| 1901 D Street S.E. | ) | |
| Washington, D.C. 20003 | ) | |

| | |
|---|---|
| Serve: Warden William Smith and | ) |
| | ) |
| Serve: Muriel Bowser | ) |
| John A. Wilson Building | ) |
| 1350 Pennsylvania Ave. N.W., #316 | ) |
| Washington, D.C. 20004 | ) |
| | ) |
| Serve: Attorney General Karl A. Racine | ) |
| 441 4th Street, N.W. | ) |
| 6th Floor | ) |
| Washington, D.C. 20001 | ) |
| | ) |
| And | ) |
| | ) |
| SERGEANT JONATHAN ARMSTEAD | ) |
| Individually and in His Official Capacity | ) |
| 1901 D Street S.E. | ) |
| Washington, D.C. 20003 | ) |
| | ) |
| And | ) |
| | ) |
| CORPORAL NICHOLAS CLARK | ) |
| Individually and in His Official Capacity | ) |
| 1901 D Street S.E. | ) |
| Washington, D.C. 20003 | ) |
| | ) |
| And | ) |
| | ) |
| LIEUTENANT RONALD ADAMS | ) |
| Individually and in His Official Capacity | ) |
| 1901 D Street S.E. | ) |
| Washington, D.C. 20003 | ) |
| | ) |
| And | ) |
| | ) |
| SERGEANT JILES JOHNSON | ) |
| Individually and in His Official Capacity | ) |
| 1901 D Street S.E. | ) |
| Washington, D.C. 20003 | ) |
| | ) |
| And | ) |
| | ) |
| CORPORAL THOMAS, III | ) |
| Individually and in His Official Capacity | ) |
| 1901 D Street S.E. | ) |
| Washington, D.C. 20003 | ) |

|  |  |
|---|---|
|  | ) |
| And | ) |
|  | ) |
| CORPORAL DAMIAN BARNES | ) |
| Individually and in His Official Capacity | ) |
| 1901 D Street S.E. | ) |
| Washington, D.C. 20003 | ) |
|  | ) |
| And | ) |
|  | ) |
| OFFICER ALHAJI JABBIE | ) |
| Individually and in His Official Capacity | ) |
| 1901 D Street S.E. | ) |
| Washington, D.C. 20003 | ) |
|  | ) |
| And | ) |
|  | ) |
| OFFICER BOBBY GRAHAM | ) |
| Individually and in His Official Capacity | ) |
| 1901 D Street S.E. | ) |
| Washington, D.C. 20003 | ) |
|  | ) |
| And | ) |
|  | ) |
| SERGEANT JOSEPH STEVENSON | ) |
| Individually and in His Official Capacity | ) |
| 1901 D Street S.E. | ) |
| Washington, D.C. 20003 | ) |
|  | ) |
| And | ) |
|  | ) |
| PRIVATE ADEBOWALE SALAKO | ) |
| Individually and in His Official Capacity | ) |
| 1901 D Street S.E. | ) |
| Washington, D.C. 20003 | ) |
|  | ) |
| And | ) |
|  | ) |
| CORPORAL NATHANIEL ROBINSON | ) |
| Individually and in His Official Capacity | ) |
| 1901 D Street S.E. | ) |
| Washington, D.C. 20003 | ) |
|  | ) |
| And | ) |

| | |
|---|---|
| OFFICER JOSEPH ALEXANDER | ) |
| Individually and in His Official Capacity | ) |
| 1901 D Street S.E. | ) |
| Washington, D.C. 20003 | ) |
| | ) |
| And | ) |
| | ) |
| JOHN DOES I-V | ) |
| 1901 D Street S.E. | ) |
| Washington, D.C. 20003 | ) |
| | ) |
| Defendants | ) |
| | ) |
| | ) |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant the District of Columbia (the District), hereby removes the above-captioned case to this Court pursuant to 28 U.S.C. § 1441, *et seq*. In support of the removal, the District states as follows:

1. On March 4, 2015, an action was commenced in the Superior Court of the District of Columbia, Civil Division, entitled *James Brewer, et al. v. District of Columbia, et al.*, Case No. 2015 CA 001425 B.

2. In Count I, Plaintiffs allege that the District violated their rights guaranteed under the Eighth Amendment to the U.S. Constitution. In addition, in Counts II-V Plaintiffs allege that the District violated their rights guaranteed under the First, Fourth, Fifth, Sixth, and Fourteenth Amendments under 42 U.S.C. § 1983.

3. The District now seeks to remove this action to this Court pursuant to 28 U.S.C. § 1441(a).

4. Removal is proper because this civil action asserts claims arising under federal law and this Court has jurisdiction pursuant to 28 U.S.C. §1331.

5. The District received a summons and copy of the complaint on March 16, 2015.

6. This Notice is timely filed pursuant to 28 U.S.C. § 1446 because the removal is sought not more than 30 days after the District was served with Plaintiffs' complaint or was otherwise made aware of this against it.

7. A copy of all documents from the Superior Court for the District of Columbia is attached hereto as Exhibit A.

8. All Defendants who were properly served with a copy of the summons and complaint, including the District of Columbia, consent to this Notice of Removal.  Defendant Sergeant Jiles Johnson is the only other Defendant who has been served.  Although the docket in the Superior Court for the District of Columbia reflects that Plaintiffs have filed acknowledgements of service for several other defendants, all were signed by Tonia Robinson. Ms. Robinson works at the Office of the Attorney General for the District of Columbia and is not authorized to accept service on behalf of any individually-named defendant.  Service through Ms. Robinson on an individually-named defendant would not be proper, and therefore the defendant has not been served.

WHEREFORE, the District prays that this action be removed to the United States District Court for the District of Columbia.

DATED:  April 15, 2015

Respectfully Submitted,

KARL A. RACINE
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ *Patricia A. Oxendine*
PATRICIA A. OXENDINE
D.C. Bar No. 428132
Chief, General Litigation Sec. IV

/s/ *William J. Chang*
STEPHANIE E. LITOS
D.C. Bar No. 483164
WILLIAM J. CHANG[1]
Assistant Attorneys General
441 4th Street, N.W., Suite 630 South
Washington D.C. 20001
Telephone: (202)724-6650; (202)724-5695; (202) 727-6295
Facsimile: (202) 741-0647
stephanie.litos@dc.gov; william.chang@dc.gov

---

[1] Appearing pursuant to LCvR 83.2(f).